

ORIGINAL

**FILED**

04/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: PR 21-0004

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## PR 21-0004

FILED

APR 1 3 2021

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN RE THE PETITION OF

SHARON M. ANDERSON

O R D E R

Sharon M. Anderson has petitioned this Court for admission to active status in the State Bar of Montana after having been on emeritus status since April 2020.

IT IS ORDERED that upon payment of the appropriate fees to the State Bar of Montana, Petitioner shall be admitted to the active practice of law in the state of Montana.

The Clerk is directed to provide copies of this Order to Petitioner and to the State Bar of Montana.

DATED this 13 day of April, 2021.

For the Court,

By _____
Chief Justice